**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MARK W. DOBRONSKI**,

Plaintiff,

v.

**EXACT CARE PHARMACY, LLC**,

Defendant.

Case No. 2:26-cv-11107
Hon. Laurie J. Michelson
Mag. J. Curtis Ivy, Jr.

---

**MARK W. DOBRONSKI**
P.O. Box 99
Dexter, Michigan 48234
(734) 641-2300
markdobronski@yahoo.com
*Pro Se Plaintiff*

**CALFEE, HALTER & GRISWOLD LLP**
**Colleen M. O'Neil** (OH Bar #0066576)
**S. Drew Gittins** (OH Bar #0102582)
**Samantha I. Lamka** (OH Bar #0104623)
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (T) / (216) 241-0816 (F)
coneil@calfee.com
dgittins@calfee.com
slamka@calfee.com
*Counsel for Defendant*

**HICKEY, HAUCK, BISHOFF, JEFFERS & SEABOLT, PLLC**
**Benjamin I. Shipper (P77558)**
706 South Main Street
Plymouth, MI 48170
(313) 964-8300
*Co-Counsel for Defendant*

---

**ANSWER OF DEFENDANT EXACT CARE PHARMACY, LLC**

For its Answer to the Complaint of Plaintiff Mark W. Dobronksi ("Plaintiff"), Defendant Exact Care Pharmacy, LLC ("Defendant") states as follows:

1. Defendant denies the allegations in Paragraph 1 of the Complaint.

Parties[1]

2. Defendant denies the allegations in Paragraph 2 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

3. Defendant admits the allegations set forth in Paragraph 3 of the Complaint except to deny that it has a registered office at 186 North Main Street, Floor 2, Suite 1, Plymouth, Michigan 48170.

Jurisdiction

4. The allegations in Paragraph 4 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant does not dispute this Court's jurisdiction over this action.

5. The allegations in Paragraph 5 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant does not dispute this Court's personal jurisdiction over it in this case but denies the allegations in Paragraph 5 to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

6. The allegations in Paragraph 6 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required,

[1] Headings and subheadings that appear in this document are duplicated from the Complaint and are included for reference only. To the extent that any response to the headings or subheadings is required, Defendant denies them.

Defendant does not dispute that venue is proper in this District but denies the allegations in Paragraph 6 to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

Preliminary Statement

7. The allegations in Paragraph 7 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

8. The allegations in Paragraph 8 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

9. The allegations in Paragraph 9 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

10. The allegations in Paragraph 10 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

11. The allegations in Paragraph 11 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

General Allegations[2]

12. Defendant denies the allegations in Paragraph 12 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

13. Defendant denies the allegations in Paragraph 13 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

14. Defendant denies the allegations in Paragraph 14 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

15. Defendant denies the allegations in Paragraph 15 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

16. Defendant denies the allegations in Paragraph 16 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

17. Defendant denies the allegations in Paragraph 17 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

[2] As to the factual allegations lodged in Plaintiffs' Complaint, Defendant denies them for lack of knowledge due to *inter alia* Plaintiff's refusal to provide the full, unredacted phone numbers allegedly contacted. As such, Defendant was unable to investigate each factual allegation to admit or deny the same. Once Plaintiff provides these phone numbers, Defendant will amend its Answer.

18. Defendant denies the allegations in Paragraph 18 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

19. Defendant denies the allegations in Paragraph 19 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

20. The allegations in Paragraph 20 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

21. The allegations in Paragraph 21 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

22. The allegations in Paragraph 22 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

23. Defendant denies the allegations in Paragraph 23 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

24. Defendant denies the allegations in Paragraph 24 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

25. The allegations in Paragraph 25 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

26. The allegations in Paragraph 26 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

27. The allegations in Paragraph 27 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

28. The allegations in Paragraph 28 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

29. Defendant denies the allegations in Paragraph 29 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth..

30. The allegations in Paragraph 30 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required,

Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

31. The allegations in Paragraph 31 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

32. The allegations in Paragraph 32 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

33. The allegations in Paragraph 33 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

34. The allegations in Paragraph 34 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

35. The allegations in Paragraph 35 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required,

Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

36. The allegations in Paragraph 36 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

37. Defendant denies the allegation in Paragraph 37 of the Complaint.

38. Defendant denies the allegation in Paragraph 38 of the Complaint.

39. Defendant denies the allegation in Paragraph 39 of the Complaint.

40. Defendant denies the allegation in Paragraph 40 of the Complaint.

41. The allegations in Paragraph 41 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

Allegations Specific to this Complaint

42. Defendant denies the allegations in Paragraph 42 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

43. Defendant admits the allegations in Paragraph 43 of the Complaint.

44. Defendant denies the allegations in Paragraph 44 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth and

denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

45. Defendant denies the allegations in Paragraph 45 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth and denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

46. Defendant denies the allegations in Paragraph 46 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth and denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

47. Defendant denies the allegations in Paragraph 47 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth and denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

48. Defendant denies the allegations in Paragraph 48 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth and denies the same to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA.

49. Defendant denies the allegations in Paragraph 49 of the Complaint.

50. Defendant denies the allegations in Paragraph 50 of the Complaint.

51. In response to Paragraph 51 of the Complaint, Defendant admits it has been in litigation for alleged violations of the TCPA and denies the remaining allegations to the extent those allegations suggest or allege any wrongdoing or violations of the TCPA in this litigation or any other.

52. Defendant denies the allegations in Paragraph 52 of the Complaint.

<u>The Calls</u>

53. Defendant denies the allegations in Paragraph 53 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

54. Defendant denies the allegations in Paragraph 54 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

55. Defendant denies the allegations in Paragraph 55 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

56. Defendant denies the allegations in Paragraph 56 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

57. Defendant denies the allegations in Paragraph 57 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

58. Defendant denies the allegations in Paragraph 58 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

59. Defendant denies the allegations in Paragraph 59 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

60. Defendant denies the allegations in Paragraph 60 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

61. Defendant denies the allegations in Paragraph 61 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

62. Defendant denies the allegations in Paragraph 62 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

63. Defendant denies the allegations in Paragraph 63 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

64. Defendant denies the allegations in Paragraph 64 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

65. Defendant denies the allegations in Paragraph 65 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

66. Defendant denies the allegations in Paragraph 66 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

67. Defendant denies the allegations in Paragraph 67 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

68. Defendant denies the allegations in Paragraph 68 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

69. Defendant denies the allegations in Paragraph 69 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

70. Defendant denies the allegations in Paragraph 70 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

71. Defendant denies the allegations in Paragraph 71 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

72. Defendant denies the allegations in Paragraph 72 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

73. Defendant denies the allegations in Paragraph 73 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

74. Defendant denies the allegations in Paragraph 74 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

75. Defendant denies the allegations in Paragraph 75 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

76. Defendant denies the allegations in Paragraph 76 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

77. Defendant denies the allegations in Paragraph 77 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

78. Defendant denies the allegations in Paragraph 78 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

79. Defendant denies the allegations in Paragraph 79 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

80. Defendant denies the allegations in Paragraph 80 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

81. Defendant denies the allegations in Paragraph 81 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

82. Defendant denies the allegations in Paragraph 82 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

83. Defendant denies the allegations in Paragraph 83 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

84. Defendant denies the allegations in Paragraph 84 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

85. Defendant denies the allegations in Paragraph 85 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

86. Defendant denies the allegations in Paragraph 86 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

87. Defendant denies the allegations in Paragraph 87 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

88. Defendant denies the allegations in Paragraph 88 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

89. Defendant denies the allegations in Paragraph 89 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

90. Defendant denies the allegations in Paragraph 90 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

91. Defendant denies the allegations in Paragraph 91 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

92. Defendant denies the allegations in Paragraph 92 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

93. Defendant denies the allegations in Paragraph 93 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

94. Defendant denies the allegations in Paragraph 94 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

95. Defendant denies the allegations in Paragraph 95 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

96. Defendant denies the allegations in Paragraph 96 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

97. Defendant denies the allegations in Paragraph 97 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

98. Defendant denies the allegations in Paragraph 98 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

99. Defendant denies the allegations in Paragraph 99 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

100. Defendant denies the allegations in Paragraph 100 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

101. Defendant denies the allegations in Paragraph 101 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

102. Defendant denies the allegations in Paragraph 102 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

103. Defendant denies the allegations in Paragraph 103 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

104. Defendant denies the allegations in Paragraph 104 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

105. Defendant denies the allegations in Paragraph 105 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

106. Defendant denies the allegations in Paragraph 106 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

107. Defendant denies the allegations in Paragraph 107 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

108. Defendant denies the allegations in Paragraph 108 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

109. Defendant denies the allegations in Paragraph 109 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

110. Defendant denies the allegations in Paragraph 110 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

111. Defendant denies the allegations in Paragraph 111 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

112. Defendant denies the allegations in Paragraph 112 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

113. Defendant denies the allegations in Paragraph 113 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

114. Defendant denies the allegations in Paragraph 114 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

115. Defendant denies the allegations in Paragraph 115 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

116. Defendant denies the allegations in Paragraph 116 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

117. Defendant denies the allegations in Paragraph 117 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

118. Defendant denies the allegations in Paragraph 118 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

119. Defendant denies the allegations in Paragraph 119 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

120. Defendant denies the allegations in Paragraph 120 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

121. Defendant denies the allegations in Paragraph 121 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

Count I

122. In response to Paragraph 122 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

123. Defendant denies the allegations in Paragraph 123 of the Complaint.

124. Defendant denies the allegations in Paragraph 124 of the Complaint.

Count II

125. In response to Paragraph 125 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

126. Defendant denies the allegations in Paragraph 126 of the Complaint.

127. Defendant denies the allegations in Paragraph 127 of the Complaint.

Count III

128. In response to Paragraph 128 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

129. Defendant denies the allegations in Paragraph 129 of the Complaint.

130. Defendant denies the allegations in Paragraph 130 of the Complaint.

Count IV

131. In response to Paragraph 131 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

132. Defendant denies the allegations in Paragraph 132 of the Complaint.

133. Defendant denies the allegations in Paragraph 133 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

134. Defendant denies the allegations in Paragraph 134 of the Complaint.

Count V

135. In response to Paragraph 135 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

136. Defendant denies the allegations in Paragraph 136 of the Complaint.

137. Defendant denies the allegations in Paragraph 137 of the Complaint.

Count VI

138. In response to Paragraph 138 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

139. Defendant denies the allegations in Paragraph 139 of the Complaint.

140. Defendant denies the allegations in Paragraph 140 of the Complaint.

Count VII

141. In response to Paragraph 141 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

142. Defendant denies allegations in Paragraph 142 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

143. Defendant denies allegations in Paragraph 143 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

144. Defendant denies allegations in Paragraph 144 of the Complaint.

145. Defendant denies allegations in Paragraph 145 of the Complaint.

146. Defendant denies allegations in Paragraph 146 of the Complaint.

147. Defendant denies the allegations in Paragraph 147 of the Complaint.

Count VIII

148. In response to Paragraph 148 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

149. Defendant denies allegations in Paragraph 149 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

150. Defendant denies allegations in Paragraph 150 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

151. Defendant denies allegations in Paragraph 151 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

152. Defendant denies allegations in Paragraph 152 of the Complaint.

153. Defendant denies the allegations in Paragraph 153 of the Complaint.

<u>Count IX</u>

154. In response to Paragraph 154 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

155. Defendant denies allegations in Paragraph 155 of the Complaint.

156. Defendant denies the allegations in Paragraph 156 of the Complaint.

<u>Count X</u>

157. In response to Paragraph 157 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

158. Defendant denies allegations in Paragraph 158 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

159. Defendant denies allegations in Paragraph 159 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

160. Defendant denies allegations in Paragraph 160 of the Complaint.

<u>Count XI</u>

161. In response to Paragraph 161 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

162. Defendant denies allegations in Paragraph 162 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

Count XII

163. In response to Paragraph 163 of the Complaint, Defendant incorporates all the foregoing Paragraphs as if restated herein.

164. Defendant denies allegations in Paragraph 164 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

165. Defendant denies allegations in Paragraph 165 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

166. The allegations in Paragraph 166 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the same to the extent those allegations suggest or allege any wrongdoing or violations of Fla. Stat. §501.059.

167. Defendant denies allegations in Paragraph 167 of the Complaint.

168. Defendant denies the allegations in Paragraph 168.

169. Defendant denies allegations in Paragraph 169 of the Complaint for lack of knowledge or information sufficient to form a belief as to their truth.

170. As to the "Wherefore" Paragraph, Defendant denies that Plaintiff is entitled to any of the relief requested therein.

171. Defendant denies all allegations in the Complaint not specifically and expressly admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense: Health Care Messages

1. The calls referenced in Plaintiff's Complaint delivers "health care message[s] under 47 C.F.R. § 64.1200(a)(2) and (a)(3)(v) and is not a "telemarketing" call as alleged by Plaintiff. Exact Care is not liable to the extent the TCPA allows such calls delivering "health care messages" without the consent of the called party.

### Second Defense: Prior Express Consent

2. Plaintiff's claims fail because Exact Care reasonably relied on the prior express consent from Plaintiff. Further, to the extent the TCPA does not require consent, Plaintiff's claims are barred.

### Third Defense: Lack of Damages

3. Plaintiff is not an aggrieved party and/or has suffered no damages as a result of any actions or inactions of Exact Care. To the extent Plaintiff has not paid money, lost title to goods of value, or suffered any cognizable nonpecuniary harm as a result of the conduct alleged, Plaintiff has suffered no actual damages and cannot recover any damages in this action.

### Fourth Defense: Lack of Standing

4. To establish standing under Article III of the United States Constitution, Plaintiff must show a concrete and particularized invasion of a legally protected

interest. To the extent Plaintiff consented to or wished to receive calls from Exact Care, he has not been harmed and does not have standing to sue under the TCPA. Additionally, to the extent Plaintiff has not paid money, lost title to goods of value, or suffered any other concrete or particularized harm as a result of the conduct alleged, Plaintiff lacks standing to bring this suit under Article III of the United States Constitution.

**Fifth Defense: Reasonable Practices and Procedures**

5. Plaintiff's claims fail because Exact Care has established and implemented, with due care, reasonable practices and procedures to effectively prevent violations of the TCPA. Exact Care is not liable for violating the TCPA because any alleged violation "is the result of error" and as part of Exact Care's "routine business practice" it meets the standards outlined in the federal regulations. This safe harbor has been recognized by courts and the FCC. *See Dish Network, LLC*, 28 F.C.C. Rcd. 6574, 6585, ¶ 29 (2013) ("In particular, the rule provides a safe harbor from liability for an entity 'on whose behalf telephone solicitations are made,' if that entity can 'demonstrate that the violation is the result of error and that as part of its routine business practice, it meets [certain] standards[.]").

**Sixth Defense: Alleged Calls Were Not Telephone Solicitations**

6. The calls referenced in Plaintiff's Complaint were not initiated "for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services" and thus do not constitute "telephone solicitations" within the meaning of the TCPA. *See* 47 U.S.C. § 227(a)(4). Therefore, Exact Care is not liable to the extent the TCPA does not apply to such calls.

**Seventh Defense: Alleged Calls Were Not Unsolicited Advertisements**

7. The calls referenced in Plaintiff's Complaint were not "material advertising the commercial availability or quality of any property, goods, or services, which is transmitted to any person without the person's prior express invitation or permission in writing or otherwise" and thus do not constitute an "unsolicited advertisement" within the meaning of the TCPA. *See* 47 U.S.C. § 227(a)(5). Therefore, Exact Care is not liable to the extent the TCPA does not apply to such calls.

**Eighth Defense: Alleged Calls were not Made for a Commercial Purpose**

8. The calls referenced in Plaintiff's Complaint were not made for a commercial purpose within the meaning of the TCPA and therefore Plaintiff's claims are barred.

**Ninth Defense: Alleged Calls were Not Charged to the Called Person**

9. The calls referenced in Plaintiff's Complaint were "not charged to the called person or counted against the called person's plan limits on minutes or

texts." Therefore, under pursuant to 47 C.F.R. § 64.1200(a)(9) Exact Care is not liable under the TCPA.

**Tenth Defense: Reassigned Phone Number**

10. Plaintiff's claims fail because Exact Care cannot be held liable for calls that were intended for a consenting individual but, unbeknownst to Exact Care, instead reached a non-consenting individual via a reassigned phone number. *See In the Matter of Advanced Methods to Target & Eliminate Unlawful Robocalls*, 33 F.C.C. Rcd. 12024 (2018) (hereinafter, "FCC 12/12/2018 Order"). The FCC 12/12/2018 Order states that it will not impose strict-liability under the TCPA for reassigned numbers and "demand the impossible of callers to somehow know that numbers have been reassigned." *Id.*, at ¶ 58. The FCC 12/12/2018 Order further established a comprehensive database that contains information regarding reassigned numbers. *Id.* at ¶ 53. It was scheduled to become operational on November 1, 2021, at which time callers who utilize the database would not be liable for calling a reassigned number if the database fails to report the number as reassigned. *Id.*

**Eleventh Defense: Doctrines of Equitable Estoppel, Laches, and Unclean Hands**

11. Plaintiff's claims are barred by the doctrines of equitable estoppel, laches, and unclean hands.

**Twelfth Defense: Failure to State a Claim**

12. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

**Thirteenth Defense: Constitutionality of Statutory Damages**

13. The TCPA provides for statutory damages of $500 to $1,500 for each violation of the law. When directed at telephone calls and voice messages, statutory damages under the TCPA could quickly rise to millions of dollars for alleged actions that cause little or no actual damage to Plaintiff or other called individuals, and such statutory damages would be excessive, improper, and/or unreasonable. Statutory damages would constitute an excessive fine or penalty without the substantive procedural safeguards guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

**Fourteenth Defense: Failure to Join a Necessary and Indispensable Party**

14. Plaintiff's Complaint fails to join a necessary and indispensable party.

**Reservation of Rights**

15. Exact Care reserves the right to amend its Answer and to assert other defenses, including affirmative defenses, as may be appropriate as this action proceeds.

WHEREFORE, Exact Care denies that Plaintiff is entitled to the relief requested in the Complaint and respectfully requests that the Court:

A. Dismiss Plaintiff's Complaint with prejudice and on the merits;

B. Award Exact Care all cost and attorneys' fees; and

C. Grant Exact Care such other and further relief the Court deems just and proper.

Respectfully submitted,

**CALFEE, HALTER & GRISWOLD LLP**

*/s/ Colleen M. O'Neil*

**Colleen M. O'Neil** (OH Bar #0066576)
**S. Drew Gittins** (OH Bar #0102582)
**Samantha I. Lamka** (OH Bar #0104623)
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8200 (T) / (216) 241-0816 (F)
coneil@calfee.com
dgititns@calfee.com
slamka@calfee.com
*Counsel for Defendant*

**HICKEY, HAUCK, BISHOFF, JEFFERS & SEABOLT, PLLC**
**Benjamin I. Shipper (P77558)**
706 South Main Street
Plymouth, MI 48170
(313) 964-8300
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF which will send notification of such filing to Plaintiff. I further hereby certify that on July 10, 2026, I caused the foregoing document to be served on Plaintiff via email at markdobronski@yahoo.com.

*/s/ Colleen M. O'Neil*
**Colleen M. O'Neil** (OH Bar #0066576)
*Counsel for Defendant Exact Care Pharmacy, LLC*